# EXHIBIT A

IN THE CIRCUIT COURT OF KNOX COUNTY, TENNESSEE

FILED
CHARLES D. SUSANO III
CLERK
2025 JUN -9 AM 10: 20
KNOX COUNTY CIRCUIT,
CIVIL SESSIONS
AND JUVENILE COURTS

Shannon Bitzer,

Plaintiff,

v.

Staff Journalists Jane/John Doe, WBIR, and TEGNA INC.,

Defendants.

Case No.: 1 - 186-25

COMPLAINT FOR DEFAMATION (LIBEL)

COMES NOW the Plaintiff, Shannon Bitzer, pro se, and files this Complaint against Defendants Jane Doe, WBIR, and Tegna Inc., and alleges as follows:

I. INTRODUCTION

This is an action for defamation (libel) arising from a false and defamatory article published by Defendants on or about July 2024, which wrongfully portrayed Plaintiff Shannon Bitzer as a violent participant in the January 6, 2021, events at the U.S. Capitol, causing severe reputational harm, emotional distress, and economic loss.


Plaintiff was acquitted of all charges related to January 6, 2021, further demonstrating the falsity of Defendants' portrayal.


II. PARTIES

Plaintiff Shannon Bitzer is an individual residing in Knoxville, Tennessee.

Defendants Jane or John Doe is an individual(s) employed by WBIR, a news outlet, and authored the defamatory article. Plaintiff is unaware of Defendant's true name at this time but will amend this Complaint upon ascertaining it.

Defendant WBIR is a television station and news outlet based at 1513 Bill Williams Avenue, Knoxville, Tennessee 37917, owned by Tegna Inc., which published the defamatory article.

Defendant Tegna Inc. is a corporation headquartered at 8350 Broad Street, Suite 2000, Tysons, Virginia 22102, and is the parent company of WBIR, responsible for its publications.

## III. JURISDICTION AND VENUE

This Court has jurisdiction over this matter pursuant to Tenn. Code Ann. § 16-10-101, as the defamatory article was published in Knox County, Tennessee, and caused harm to Plaintiff.

Venue is proper in Knox County, Tennessee, pursuant to Tenn. Code Ann. § 20-4-101, as Defendants WBIR and Jane Doe operate and/or reside in this jurisdiction, and the defamatory publication occurred here.

## IV. FACTUAL ALLEGATIONS

On January 6, 2021, Plaintiff Shannon Bitzer attended an event at the U.S. Capitol in Washington, D.C., where Plaintiff engaged solely in non-violent conduct, specifically chanting, without committing any acts of violence, injury, or property damage.

Plaintiff was initially charged with misdemeanor offenses related to January 6, 2021. After declining to cooperate with authorities, Plaintiff was charged with felony offenses. Plaintiff was acquitted of all charges on February 17th, 2025, in the U.S. District Court for the District of Columbia, Case No. 24-cr-00316, and was never convicted of any offense.

On or about July 2024, Defendants published an article titled "Shannon Bitzer Facing January 6 Insurrection Charges" on WBIR's website (https://www.wbir.com/article/news/crime/shannon-bitzer-facing-january-6-insurrection-charges/51-223bd6d7-a785-4253-b309-9f9c671217f7).

The article falsely portrayed Plaintiff as a violent participant in the January 6, 2021, events, using selective still images to create a misleading impression of Plaintiff's conduct, despite Defendants' access to video evidence and court records showing Plaintiff's actions were limited to chanting and moving a stanchion, and that Plaintiff was acquitted.

Plaintiff possesses video footage from publicly available Capitol security footage, timestamped January 6, 2021, 3:15 - 4:30 PM, showing Plaintiff chanting peacefully and not engaging in physical violence. This footage directly contradicts the still images used in the article.

Plaintiff's court records from the U.S. District Court for the District of Columbia, Case No. 24-cr-00316, confirms Plaintiff was acquitted and faced no convictions, further evidencing the falsity of the article's portrayal.

The portrayal of Plaintiff as violent was false and defamatory, as Plaintiff did not engage in any violent acts on January 6, 2021, and was acquitted of all related charges.

Defendants acted with actual malice, knowing the portrayal was false or with reckless disregard for its truth, as they deliberately used misleading still images instead of available video footage and failed to acknowledge Plaintiff's acquittal. Plaintiff believes Defendants were tipped off by a third party with access to full video evidence, yet chose to misrepresent Plaintiff's actions.

The article was widely disseminated to the public, resulting in severe reputational harm, emotional distress, and economic loss, including:

   a. Being blackballed as a C-level executive in the hemp industry, where the plaintiff has faced discrimination.

   b. Mental health treatment for emotional distress, including therapy for PTSD by Roderick Lewis LCP/MHSP. In addition, the Plaintiff suffers from persecutory nightmares, and has been prescribed Fluoxetine, Propranolol, and Cyclobenzaprine.

## V. CAUSE OF ACTION: DEFAMATION (LIBEL)

Plaintiff incorporates by reference all preceding paragraphs.

Defendants published false and defamatory statements about Plaintiff Shannon Bitzer, specifically portraying Plaintiff as a "violent" participant in the January 6, 2021, events, in the article referenced above.

4

The statements were presented as fact, not opinion, and were published to a wide audience via WBIR's website.

The statements were false, as evidenced by:

a. Video footage in Plaintiff's possession, showing Plaintiff chanting peacefully on January 6, 2021, without any evidence of violent assault(s).

b. Court records from the U.S. District Court for the District of Columbia, confirming Plaintiff's acquittal of all charges.

c. Further, Plaintiff has no history of criminal behavior on record, and was honorably discharged from the US Marine Corps in 2010.

Defendants acted with actual malice, knowing the statements were false or with reckless disregard for their truth, by selectively using still images to misrepresent Plaintiff's conduct and failing to acknowledge Plaintiff's acquittal, despite access to contradictory video evidence and public court records.

As a direct and proximate result of Defendants' actions, Plaintiff has suffered reputational harm, emotional distress, and economic loss, including lost employment and business opportunities.

The false statements constitute defamation per se, as they accuse Plaintiff of criminal and violent conduct, inherently damaging Plaintiff's reputation.

VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff Shannon Bitzer respectfully requests the following relief:

a. Compensatory damages in an amount to be determined at trial, but not less than $848,000 for reputational harm, emotional distress, and economic loss.

b. Punitive damages to deter Defendants' reckless and malicious conduct, in an amount to be determined at trial.

c. An injunction requiring Defendants to retract the defamatory article and issue a public correction.

d. Costs and reasonable court fees.

e. Such other and further relief as the Court deems just and proper.

DATED: June 8, 2025

Respectfully submitted,

Shannon Bitzer, Pro Se

7322 Wildwood Ct., Knoxville, TN 37920

513-658-1989

SJBitzer@gmail.com

<table>
<tr><td>

**Knox County**
**Circuit Court** FILED
CHARLES D. SUSANO III
CLERK
</td><td>

# STATE OF TENNESSEE
# CIVIL SUMMONS
page 1 of 1
</td><td>

Case Number

1-186-25
</td></tr>
</table>

Shannon Britzel          vs.          WBIR

Served On:
WBIR          KNOX COUNTY CIRCUIT          Bill Williams Ave., Knoxville, TN    37917
          CIVIL SESSIONS
          AND JUVENILE COURTS

You are hereby summoned to defend a civil action filed against you in _____ Court, _____ County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: _June 9, 2025_          _Charles D. Susano III / nkt_
                                 Clerk / Deputy Clerk

Attorney for Plaintiff: _____

---

### NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to _____, _____ Clerk, _____ County

---

### CERTIFICATION (IF APPLICABLE)

I, _____, _____ Clerk of _____ County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____          _____
                                Clerk / Deputy Clerk

---

**OFFICER'S RETURN:** Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: _____

_____

Date: _____          By: _____
                                   Please Print: Officer, Title

_____          _____
Agency Address                    Signature

---

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on _____ I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant _____. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _____          _____
                                Notary Public / Deputy Clerk (Comm. Expires _____)

_____          _____
Signature of Plaintiff                Plaintiff's Attorney (or Person Authorized to Serve Process)
                                      (over on back)

ADA
FOR ASSISTANCE CALL
Allison Major
865 / 215-4442
TTY: 865 / 215-2497
Ada.judicial@knoxcounty.org

*ADA: If you need assistance or accommodations because of a disability, please call* _____, *ADA Coordinator, at ( )* _____

Rev. 03/11

| Knox County Circuit Court | **STATE OF TENNESSEE** <br> FILED <br> CHARLES D. SUSANO CLERK <br> **CIVIL SUMMONS** <br> page 1 of 1 | Case Number <br> 1-186-25 |
|---|---|---|

Shandon and Junior PI10: 32 vs. Tegna Inc.

Served On:

Tegna, Inc.   KNOX COUNTY CIRCUIT.  1513 SESSIONS Williams Ave., Knoxville, TN 37917
AND JUVENILE COURTS

You are hereby summoned to defend a civil action filed against you in _____ Court, _____ County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: June 9, 2025

_Charle D. Susano III / W.K._
Clerk / Deputy Clerk

Attorney for Plaintiff: _____

## NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to _____, _____ Clerk, _____ County

## CERTIFICATION (IF APPLICABLE)

I, _____, _____ Clerk of _____ County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____

_____
Clerk / Deputy Clerk

**OFFICER'S RETURN:** Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: _____

Date: _____      By: _____
                                Please Print: Officer, Title

_____                 _____
Agency Address                   Signature

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on _____, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant _____. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _____

_____                 Notary Public / Deputy Clerk (Comm. Expires _____ )

_____
Signature of Plaintiff

ADA 
FOR ASSISTANCE CALL
Allison Major
865 / 215-4437
TTY / etc. Plaintiff's Attorney (or Person Authorized to Serve Process)
(Attach return receipt on back)

ADA: If you need assistance or accommodations, please call Allison Major, ADA Coordinator, at ( )

Rev. 03/11

# STATE OF TENNESSEE
# CIVIL SUMMONS

FILED

Plaintiff - Shannon Ritzel CLERK Vs. WBIR, Tegna Inc. Jane/John Does

Served On:
Jane Doe      1515 8th Withers Ave., Knoxville TN 37917

2025 JUN 10 AM 10:32

KNOX COUNTY CIRCUIT,
CIVIL SESSIONS
AND JUVENILE COURTS

You are hereby summoned to defend a civil action filed against you in _____ S _____ Court, _____ County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: June 9, 2025 _____     _Charles D. Susano III / LLY_
                                          Clerk / Deputy Clerk

Attorney for Plaintiff: _____

## NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to _____ , _____ , Clerk, _____ County

## CERTIFICATION (IF APPLICABLE)

I, _____ , Clerk of _____ County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____

_____
Clerk / Deputy Clerk

**OFFICER'S RETURN:** Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: _____

_____

Date: _____                By: _____
                                     Please Print: Officer, Title

Agency Address                       Signature

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on _____ , I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant _____ . On _____ I received the return receipt, which had been signed by _____ on _____ . The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _____

_____          Notary Public / Deputy Clerk (Comm. Expires _____ )
Signature of Plaintiff            _____
                                  Plaintiff's Attorney (or Person Authorized to Serve Process)
                                  (Attach receipt on back)

ADA
FOR ASSISTANCE CALL
Allison Major
865 / 215-2484 (V)
TN 865 / 215-2499
Ada.judicial@knoxcounty.org

ADA: If you need assistance or accommodations because of a disability, please call _____ , ADA Coordinator, at ( ) _____

Rev. 03/11

<table>
<tr><td>**Knox County**<br>**Circuit Court**</td><td>**STATE OF TENNESSEE**<br>FILE **CIVIL SUMMONS**<br>CHARLES D. SUSANO II page 1 of 1</td><td>**Case Number**<br>1-186-25</td></tr>
</table>

Plaintiff - Shannon Bitter vs. WBIR, Tegna Inc., Jane/John Doe's

2025 JUN -9 AM 10: 32

Served On:
John Doe          1513 KNOXBill Williams Ave., Knoxville, TN 37917
                  CIVIL SESSIONS
                  AND JUVENILE COURTS

You are hereby summoned to defend a civil action filed against you in _____ Court, _____ County, Tennessee.
Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: _June 9, 2025_          _Charles D. Susano II /WB_
                                          Clerk / Deputy Clerk

Attorney for Plaintiff: _____

### NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to _____, _____ Clerk, _____ County

### CERTIFICATION (IF APPLICABLE)

I, _____, _____ Clerk of _____ County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____
                          Clerk / Deputy Clerk

**OFFICER'S RETURN:** Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: _____

Date: _____          By: _____
                                   Please Print: Officer, Title

_____          _____
Agency Address                    Signature

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on _____, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant _____. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _____

ADA
FOR ASSISTANCE Notary Public / Deputy Clerk (Comm. Expires _____ )
Allison Major
865 / 215-4437 or
TTY: 865 / 215-245 Plaintiff's Attorney (or Person Authorized to Serve Process)
Ada.judicial@ return receipt on back)

Signature of Plaintiff

_ADA: If you need assistance or accommodations because of a disability, please call _____, ADA Coordinator, at ( ) _____

Rev. 03/11

# STATE OF TENNESSEE
# CIVIL SUMMONS
page 1 of 1

FILED

**Case Number**

1-186-25

Plaintiff ~ Shannon Ritzela Vs. WBIR, Tegna Inc. Jane/John Does

Served On: Jane Doe  1515 B. tP Williams Ave., Knoxville, TN 37917

2025 JUN 13 AM 11:32

KNOX COUNTY CIRCUIT,
CIVIL SESSIONS
AND JUVENILE COURTS

You are hereby summoned to defend a civil action filed against you in the _____ Court, _____ County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: June 9, 2025

Charles D. Susano III / WM

Clerk / Deputy Clerk

Attorney for Plaintiff: _____

## NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to _____ , _____ Clerk, _____ County

## CERTIFICATION (IF APPLICABLE)

I, _____ _____ , Clerk of _____ County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____

Clerk / Deputy Clerk

**OFFICER'S RETURN:** Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: NOT TO BE FOUND IN MY COUNTY.

Date: 6-13-25  DUFO

By: R. Caldwell #2742 KCSO
Please Print, Officer, Title

R. Caldwell #2742 KCSO
Signature

Agency Address _____

2025 JUN 13
CHARLES D. SUSANO
FILED

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on _____ I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant _____ . On _____ I received the return receipt, which had been signed by _____ on _____ . The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _____

Notary Public / Deputy Clerk (Comm. Expires _____ )

Signature of Plaintiff _____ , Attorney (or Person Authorized to Serve Process)

ADA
FOR ASSISTANCE CALL
Allison Maier
865 / 215-4480
TXT: 865 / 215-2640
Ada.judicial@knoxcounty.org

ADA: If you need assistance or accommodations because of a disability, _____ , ADA Coordinator, at ( ) _____

# STATE OF TENNESSEE
## CIVIL SUMMONS

FILED
CHARLES D. SUSANO IIpage 1 of 1
CLERK

Case Number

**1-186-25**

Plaintiff - Shannon Bitner vs. WBIR, Tegna Inc., Jane/John Does

2025 JUN -9 AM 10: 32

Served On:
John Doe        1513 Knoxville Bill Williams Ave., Knoxville, TN 37917

CIVIL SESSIONS
AND JUVENILE COURTS

You are hereby summoned to defend a civil action filed against you in _____ Court, _____ County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: **June 9, 2025**

_Charles D. Susano III_ /WB
Clerk / Deputy Clerk

Attorney for Plaintiff: _____

## NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to _____, _____ Clerk, _____ County

## CERTIFICATION (IF APPLICABLE)

I, _____, _____ Clerk of _____ County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____

_____
Clerk / Deputy Clerk

**OFFICER'S RETURN:** Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: **NOT TO BE FOUND IN MY COUNTY**

Date: **6-13-25** oubo

By: R. Caldwell # 2042 KCb0
Please Print: Officer, Title

R. Caldwell #2042 KCb0
Signature

_____
Agency Address

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on _____ I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant _____. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _____

_____
Notary Public / Deputy Clerk (Comm. Expires _____ )

_____
Signature of Plaintiff

**ADA**
FOR ASSISTANCE CALL
Allison Major
865 / 215-4437 or
TTY: 865 / 215-249
Ada.judicial@knoxcounty.org

Plaintiff's Attorney (or Person Authorized to Serve Process)
(see receipt on back)

ADA: If you need assistance or accommodations because of a disability, please call _____, ADA Coordinator, at ( ) _____

IN THE CIRCUIT COURT OF KNOX COUNTY, TENNESSEE

SHANNON BITZER,

Plaintiff,

v.

JOURNALIST JANE/JOHN DOE, WBIR, and TEGNA INC.,

Defendants.

Case No.: 1-186-25

FIRST AMENDED COMPLAINT FOR DEFAMATION (LIBEL)

COMES NOW the Plaintiff, Shannon Bitzer, pro se, and files this First Amended Complaint against Defendants Journalist Jane/John Doe, WBIR, and Tegna Inc., pursuant to Tennessee Rules of Civil Procedure, Rule 15.01. This amendment rectifies the publication date of the defamatory article from "about July 2024" to August 5, 2024, and underscores that Plaintiff was never charged with insurrection, contrary to the article's baseless claim of "January 6 Insurrection Charges".

https://www.wbir.com/article/news/crime/shannon-bitzer-facing-january-6-insurrection-charges/5 1-223bd6d7-a785-4253-b309-9f9c671217f7.

Plaintiff alleges as follows:

I. INTRODUCTION

This action for defamation (libel) arises from a maliciously false article published by Defendants on August 5, 2024, titled "Shannon Bitzer Facing January 6 Insurrection Charges," which

branded Plaintiff as a violent participant in an "insurrection" on January 6, 2021—a term

implying treasonous intent under 18 U.S.C. § 2384, yet Plaintiff faced no such charge, as

evidenced by Plaintiff's acquittal on February 17, 2025. Defendants' libel, disseminated to a vast

audience via WBIR's website, inflicted catastrophic reputational harm, economic devastation,

and profound emotional distress, undermining Plaintiff's standing as a high profile C-level

executive in the hemp industry, and subjecting Plaintiff to public vilification.

The original complaint, filed on June 9, 2025, contained a minor, non-specific error regarding the

publication date, which this amendment corrects to August 5, 2024. This amendment also

clarifies the article's false "insurrection" label, ensuring the record reflects Plaintiff's innocence

and Defendants' reckless disregard for truth.

II. PARTIES

Plaintiff Shannon Bitzer is an individual residing at 7322 Wildwood Ct., Knoxville, Tennessee

37920, honorably discharged from the U.S. Marine Corps in 2010, and a respected entrepreneur

in the hemp industry until Defendants' falsehoods shattered Plaintiff's reputation.

Defendant Journalist Jane/John Doe is an individual employed by WBIR, author of the

defamatory article. Plaintiff has diligently sought Defendant's true name through review of

WBIR's publication and direct inquiries but has not yet identified the individual. Plaintiff will

further amend upon ascertaining the name, as required by due diligence.

Defendant WBIR is a television station headquartered at 1513 Bill Williams Avenue, Knoxville, Tennessee 37917, owned by Tegna Inc., which published the libelous article on its website.

Defendant Tegna Inc. is a corporation headquartered at 8350 Broad Street, Suite 2000, Tysons, Virginia 22102, the parent company of WBIR, exercising editorial control and bearing responsibility for its subsidiary's reckless publications.

## III. JURISDICTION AND VENUE

This Court possesses jurisdiction pursuant to Tenn. Code Ann. § 16-10-101, as Defendants' defamatory publication occurred in Knox County, Tennessee, inflicting harm upon Plaintiff within this jurisdiction.

Venue is proper in Knox County under Tenn. Code Ann. § 20-4-101, as WBIR operates, and Jane/John Doe is employed, in Knoxville, and the libelous article was published and accessed here.

## IV. FACTUAL ALLEGATIONS

On January 6, 2021, Plaintiff attended an event at the U.S. Capitol in Washington, D.C., engaging in protected speech—without committing violence, injury, or property damage. Plaintiff's actions were constitutionally protected expressions of dissent, not the criminal acts Defendants alleged.

Plaintiff faced initial misdemeanor charges related to January 6, 2021, which escalated to felonies after Plaintiff declined to cooperate with authorities. On February 17, 2025, Plaintiff was acquitted of all charges in the U.S. District Court for the District of Columbia, Case No. 24-cr-00316, with no convictions, nor evidence of assault, and no charge of insurrection or seditious conspiracy ever leveled against Plaintiff.

On August 5, 2024, Defendants published the aforementioned article, falsely claiming Plaintiff faced "January 6 Insurrection Charges," a term implying Plaintiff was accused of a grave, treasonous offense akin to seditious conspiracy under 18 U.S.C. § 2384—an accusation wholly absent from Plaintiff's record.

The article employed selective still images to depict Plaintiff as a violent participant, ignoring publicly available Capitol security footage, timestamped January 6, 2021, 3:15–4:30 PM, which shows Plaintiff chanting peacefully, and gesturally displaced a stanchion, contradicting Defendants' narrative.

Plaintiff's acquittal records, publicly accessible from Case No. 24-cr-00316, confirm no convictions, and no insurrection charges, rendering Defendants' portrayal patently false.

Defendants acted with actual malice, knowing their portrayal was false or with reckless disregard for its truth- commonly seen with J6 cases. Defendants had access to Capitol footage and acquittal records but chose misleading images and the inflammatory "insurrection" label, demonstrating a deliberate intent to harm Plaintiff's reputation.

The article's dissemination to a global audience via WBIR's website inflicted irreparable damages, including:

Economic Loss: $54,000 paid to Plaintiff's brother to assume Plaintiff's role in a hemp business until May 2025, protecting the business from Plaintiff's stigmatized identity.

$174,000 in lost personal salary, based on Plaintiff's prior $120,000 annual income as a C-level executive at a $25MM company, plus remittance of salary given to Plaintiff's brother, as Plaintiff refrained from drawing income to safeguard the business.

$26,000 in diminished valuation and lost opportunities of Plaintiff's hemp business, reflecting industry bias against January 6th participants and Plaintiff's tarnished reputation in a left-leaning market.

$2,000 in lost time for therapy sessions, for post-traumatic stress disorder (PTSD), incurred through sessions with Roderick Lewis, LCP/MHSP, since August 2024.

Reputational Damage: $500,000 minimum estimated loss, due to blackballing as a C-level executive in the hemp industry, forcing Plaintiff to use aliases to network and face rejections from opportunities and partnerships.

Emotional Distress: $92,000 for profound anguish, including persecutory nightmares, social ostracism, psychological trauma, and need for prescribed medications (Fluoxetine, Cyclobenzaprine, Propranolol), exacerbated by public vilification and industry exclusion.

## V. CAUSE OF ACTION: DEFAMATION (LIBEL)

Plaintiff incorporates all preceding paragraphs as if fully set forth herein.

Defendants published false and defamatory statements, branding Plaintiff a violent participant in a January 6 "insurrection," presented as fact on WBIR's website, accessible to millions.

The statements were false, as evidenced by:

Capitol footage showing Plaintiff's lawful chanting and protest. The plaintiff is even heard on camera asking an officer, "are you okay?", due to overcrowding. The officer responded, "Yeah".

Acquittal records (Case No. 24-cr-00316) confirming no convictions or insurrection charges.

Plaintiff's clean criminal record and honorable discharge from the U.S. Marine Corps (2010).

Defendants acted with actual malice, ignoring public footage and acquittal records, and using "insurrection" to falsely imply treasonous conduct, knowing Plaintiff faced no such charge.

As a direct and proximate result, Plaintiff suffered catastrophic damages outlined in $848,000 (paragraph 15a–f), constituting defamation per se by accusing Plaintiff of criminal conduct, inherently damaging reputation.

## VI. PRAYER FOR RELIEF

WHEREFORE, Plaintiff Shannon Bitzer, standing as a beacon against politically motivated, journalistic malfeasance, demands:

Compensatory damages of $848,000, reflecting:

$54,000 (brother's salary).

$174,000 (lost salary).

$26,000 (business valuation loss).

$2,000 (therapy sessions and related medical).

$500,000 (reputational damage).

$92,000 (emotional distress).

Punitive damages to deter Defendants' reckless disregard for truth.

An injunction mandating retraction and a public correction of the defamatory article.

Costs and fees.

Such other relief as justice demands.

DATED: June 16, 2025

Respectfully submitted,

Shannon Bitzer, Pro Se

7322 Wildwood Ct., Knoxville, TN 37920

Phone: 513-658-2589

Email: SJBitzer@gmail.com

| Knox County Circuit Court | **STATE OF TENNESSEE** ~~FILED CHARLES D. SUSANO CLERK~~ **CIVIL SUMMONS** page 1 of 1 | Case Number 1-186-25 |
|---|---|---|

Shannon Birtzer Vs. Jane / John Doe, WBIR, Tegna Inc
~~2023 JUN 16~~ 1513 Bill Williams Ave. Knoxville TN 3791

Served On:

WBIR

KNOX COUNTY CIRCUIT.
CIVIL SESSIONS
AND JUVENILE COURTS

Civil

You are hereby summoned to defend a civil action filed against you in _____ Court, Knox _____ County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: June 16, 2025

Charles D. Susano III
Clerk / Deputy Clerk

Attorney for Plaintiff: Shannon Birtzer Pro Se
7322 Wildwood Ct. Knoxville TN 37920 - 513-658-1989

### NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon the age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to _____, _____ Clerk. _____ County

### CERTIFICATION (IF APPLICABLE)

I, _____, _____ Clerk of _____ County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____

Clerk / Deputy Clerk

**OFFICER'S RETURN:** Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: _____

Date: _____   By: _____
Please Print: Officer, Title

Agency Address _____   Signature _____

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on _____, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant _____. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _____

Notary Public / Deputy Clerk (Comm. Expires _____)

Signature of Plaintiff _____

Plaintiff's Attorney or Person Authorized to Serve Process)
(Attach return receipt on behalf)

ADA
FOR ASSISTANCE CALL
Allison Major

*ADA: If you need assistance or accommodations because of a disability, please call* _____ 865 / 215-4437 coordinator, at ( ) _____.
ada.judicial@knoxcounty.org

Rev. 03/11

<table>
<tr><td>**Knox County**<br>**Circuit Court**</td><td>**STATE OF TENNESSEE**<br>**CIVIL SUMMONS**<br>CHARLES D. Susano form<br><span style="font-size:small">page 1 of 14</span></td><td>**Case Number**<br>1-186-25</td></tr>
</table>

Shannon Bitzer vs. Jane/John Doe, WBIR, Tegna Inc.

2025 JUN 16 AM 11:31 Williams Ave. Knoxville TN 37917

Served On:
Tegna, Inc.

KNOX COUNTY CIRCUIT,
CIVIL SESSIONS
AND JUVENILE COURTS

You are hereby summoned to defend a civil action filed against you in ___Civil___ Court, ___Knox___ County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: June 16, 2025

_Charles D Susano III_
Clerk / Deputy Clerk  BY K De

Attorney for Plaintiff: Shannon Bitzer, Pro Se
7222 Wildwood Ct. Knoxville TN 37920  813-658-1989

**NOTICE OF PERSONAL PROPERTY EXEMPTION**

TO THE DEFENDANT(S). Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list

Mail list to _____ _____, _____ Clerk, _____ County

**CERTIFICATION (IF APPLICABLE)**

I, _____ _____, _____ Clerk of _____ County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____

_____
Clerk / Deputy Clerk

**OFFICER'S RETURN:** Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: _____

Date:_____  By:_____
                        Please Print: Officer, Title

_____  _____
Agency Address            Signature

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on _____, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant _____. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _____

_____  Notary Public / Deputy Clerk (Comm. Expires _____)

Signature of Plaintiff

Plaintiff's Attorney (or Person Authorized to Serve Process)
(Attach return receipt on the back)

ADA
FOR ASSISTANCE CALL
Allison Major
865-215-4437 or
adacoordinator@knoxcounty.org

*ADA: If you need assistance or accommodations because of a disability, please call* TTY: 865 215-2497 *ADA Coordinator, at ( ) _____*

Rev. 03/11

<table>
<tr><td><u>Knox County</u><br><u>Circuit Court</u></td><td style="text-align:center"><strong>STATE OF TENNESSEE</strong><br><strong>CIVIL SUMMONS</strong><br>page 1 of 1</td><td>Case Number<br>1-186-25</td></tr>
</table>

Shannon Bitzer <del>JUN 16 AM11V26</del> Jane/John Doe, WBIR, Tegna Inc.

<span style="text-decoration:line-through">FILED CHARLES D. SUSANO</span>

1513 Bill Williams A
Knoxville, TN 379

Served On:
Jane Doe

<span style="text-decoration:line-through">KNOX COUNTY CIRCUIT.
CIVIL SESSIONS
AND JUVENILE COURTS</span>

You are hereby summoned to defend a civil action filed against you in __Civil__ Court, __Knox__ County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: __June 16, 2025__

_____ Clerk / Deputy Clerk

Attorney for Plaintiff: __Shannon Bitzer Pro Se__
__7382 Wildwood Ct, Knoxville, TN 37920__  513-658-1989

### NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to _____, _____ Clerk, _____ County

### CERTIFICATION (IF APPLICABLE)

I, _____, _____ Clerk of _____ County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____

_____ Clerk / Deputy Clerk

**OFFICER'S RETURN:** Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: _____

Date:_____    By:_____
                         Please Print: Officer, Title

_____          _____
Agency Address          Signature

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on _____, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant _____. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _____

_____          Notary Public / Deputy Clerk (Comm. Expires _____)

Signature of Plaintiff    Plaintiff's Attorney (or Person Authorized to Serve Process)
                          (Attach return receipt on back)

ADA
FOR ASSISTANCE CALL
Allison Major
865 / 215-4499 Coordinator, at ( ) _____

TTY: 865 / 215-2497

ada.judicial@knoxcounty.org

_ADA: If you need assistance or accommodations because of a disability, please call_     Rev. 03/11

# STATE OF TENNESSEE
## CIVIL SUMMONS
page 1 of 1

**Case Number**

1-186-25

Shannon Ritzen 2025 JUN 16 WTB-DGR, Tegna Inc., Jane/John Doe

KNOX COUNTY CIRCUIT, 1513 Bill Williams Ave.
CIVIL SESSIONS
AND JUVENILE COURTS Knoxville TN 37917

Served On: John Doe

You are hereby summoned to defend a civil action filed against you in **Civil** Court, **Knox** County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: June 16, 2025

Charles D Susano III
Clerk / Deputy Clerk

Attorney for Plaintiff: Shannon Ritzen Pro Se
7322 Wildwood Ct, Knoxville TN 37920 513-658-1989

## NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to _____, _____ Clerk, _____ County

## CERTIFICATION (IF APPLICABLE)

I, _____, _____ Clerk of _____ County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____

_____
Clerk / Deputy Clerk

**OFFICER'S RETURN:** Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: _____

_____

Date: _____ By: _____
Please Print: Officer, Title

_____
Agency Address

_____
Signature

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on _____, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant _____. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _____

_____
Signature of Plaintiff

_____
Notary Public / Deputy Clerk (Comm. Expires _____)

_____
Plaintiff's Attorney (or Person Authorized to Serve Process)
(Attach return receipt on back)

ADA
FOR ASSISTANCE CALL
Allison Major
865 / 215-4437 or
TTY: 865/215-2975
ada.judicial@knoxcounty.org

ADA: If you need assistance or accommodations because of a disability, please call _____, ADA Coordinator, at ( ) _____

0301

<table>
<tr><td><strong>Knox County</strong><br>Circuit Court<br>FILED<br>CHARLES D. SUSANO III<br>CLERK</td><td colspan="2" align="center"># <strong>STATE OF TENNESSEE</strong><br><strong>CIVIL SUMMONS</strong><br>page 1 of 1</td><td><strong>Case Number</strong><br>1-186-25</td></tr>
</table>

Shannon Bitzer vs. WBIR

Served On:
WBIR    KNOX COUNTY CIRCUIT Bill Williams Ave., Knoxville, TN 37917
CIVIL SESSIONS
AND JUVENILE COURTS

You are hereby summoned to defend a civil action filed against you in _____ Court, _____County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: June 9, 2025                                     _Charles D. Susano III_ / n dy
                                                         Clerk / Deputy Clerk

Attorney for Plaintiff: _____

## NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to _____, _____ Clerk, _____ County

## CERTIFICATION (IF APPLICABLE)

I, _____, _____ Clerk of _____ County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____

_____
Clerk / Deputy Clerk

**OFFICER'S RETURN:** Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: @ 1513 Bill Williams Ave

WBIR                    x 12444  David Htint

Date: 6/16/25          By: James Cox 2510
                       Please Print: Officer, Title

KCSO                   J A Co 2510
Agency Address          Signature

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on _____, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant _____. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _____

_____                    Notary Public / Deputy Clerk (Comm. Expires _____)
Signature of Plaintiff                Plaintiff's Attorney (or Person Authorized to Serve Process)

ADA
FOR ASSISTANCE CALL
Allison Major
865 / 215-4442
TTY: 865/215-2497 (receipt on back)
Ada.judicial@knoxcounty...

ADA: If you need assistance or accommodations because of a disability, please call _____, ADA Coordinator, at ( )

Rev. 03/11

# STATE OF TENNESSEE
## CIVIL SUMMONS
page 1 of 1

| Case Number |
|---|
| 1-186-25 |

Shannon ~~Luister~~ CPIN: 32 vs. Tegna Inc.

Served On:
Tegna, Inc.     KNOX COUNTY CIRCUIT, 1513 SESSIONS COURT AND JUVENILE Williams Ave, Knoxville, TN 37917

You are hereby summoned to defend a civil action filed against you in _____ Court, _____ County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: June 9, 2025

_Charles D. Susano III / w.k.g._
Clerk / Deputy Clerk

Attorney for Plaintiff: _____

### NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to _____, _____ Clerk, _____ _____ County

### CERTIFICATION (IF APPLICABLE)

I, _____, _____ Clerk of _____ County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____

_____
Clerk / Deputy Clerk

**OFFICER'S RETURN:** Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: @ 1513 Bill Williams Ave
to Tegna, Inc     x ~~Righ~~ David Hunt

Date: 6/16/25     By: JAMES COX 2570
_____     Please Print: Officer, Title
KCSO     _JC 2510_
Agency Address     Signature

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on _____, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant _____. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _____

_____     Notary Public / Deputy Clerk ;Comm. Expires _____ )
Signature of Plaintiff
     ADA
     FOR ASSISTANCE CALL
     Allison Major
     865 / 215-4437 Plaintiff's Attorney (or Person Authorized to Serve Process)
     TTY (865) 215-2034 (copy of receipt on back)

ADA: If you need assistance or accommodations ada.judicial@knoxcounty.org, call _____ ADA Coordinator, at ( )

Rev. 03/11

# STATE OF TENNESSEE
## CIVIL SUMMONS

CHARLES D. Susano IIIorth

Case Number

1-186-25

Shannon Bitzer vs. Jane / John Doe, WBIR, Tegna, Inc.

2025 JUN 18 8:49 1132 Williams Ave. Knoxville TN 37917

Served On:

Tegna, Inc.

KNOX COUNTY CIRCUIT,
CIVIL SESSIONS
AND JUVENILE COURTS

You are hereby summoned to defend a civil action filed against you in _____ CIVIL _____ Court, ____Knox____ County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: June 16, 2025

_Charles D Susano III_
Clerk / Deputy Clerk
By File

Attorney for Plaintiff: Shannon Bitzer, Pro Se
7322 Wildwood Ct. Knoxville TN 37920      513-658-1989

### NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed: these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to _____ Clerk, _____ County

### CERTIFICATION (IF APPLICABLE)

I, _____, Clerk of _____ County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____

Clerk / Deputy Clerk

**OFFICER'S RETURN:** Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: Tegna

Station Manager

Date: 6/20/25     By: James Cox
Please Print: Officer, Title

UCSO
Agency Address

A Cox 2570
Signature

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on _____, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant _____. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _____

_____
Signature of Plaintiff

Notary Public / Deputy Clerk (Comm. Expires _____)

Plaintiff's Attorney (or Person Authorized to Serve Process)
(Attach return receipt on back)

ADA
FOR ASSISTANCE CALL
Allison Major

*ADA: If you need assistance or accommodations because of a disability, please call ADA Coordinator, at ( ) _____* TTY: 865 | 215-2492
Adajudicial@knoxcounty.org

Rev. 03/11

**Knox County Circuit Court**

# STATE OF TENNESSEE
## CIVIL SUMMONS
FILED
CHARLES D. SUSANO III
CLERK
page 1 of 1

**Case Number**

1-186-25

Shannon Bitzer vs. Jane/John Doe, WBIR, Tegna Inc
2025 JUN 16    1513 Bill Williams Ave. Knoxville TN 3791

Served On:

WBIR

KNOX COUNTY CIRCUIT,
CIVIL SESSIONS
AND JUVENILE COURTS

You are hereby summoned to defend a civil action filed against you in _Civil_ Court, _Knox_ County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default will be rendered against you for the relief sought in the complaint.

Issued: _June 16, 2025_          _Charles D Susano III_
                                        Clerk / Deputy Clerk
                                        By D Yce

Attorney for Plaintiff: _Shannon Bitzer Pro se_
_7322 Wildwood Ct. Knoxville TN 37920_    _513-658-1989_

### NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to _____ _____ Clerk, _____ County

### CERTIFICATION (IF APPLICABLE)

I, _____ Clerk of _____ County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____

_____
Clerk / Deputy Clerk

**OFFICER'S RETURN:** Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: _Phillip_
_Station Manager_

Date: _6/20/25_          By: _James Cox_
                              Please Print, Officer, Title

_nCSO_                    _A Co 2510_
Agency Address             Signature

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on _____, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant _____. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _____

_____
Notary Public / Deputy Clerk (Comm. Expires _____)

_____
Signature of Plaintiff

Plaintiff's Attorney or Person Authorized to Serve Process
(Attach return receipt on back)

ADA
FOR ASSISTANCE CALL
Allison Major
865 / 215-4437 or
ada.judicial@knoxcounty.org

ADA: If you need assistance or accommodations because of a disability, please call _____ ADA Coordinator, at ( ) _____

Rev. 03/11

| **Knox County** **Circuit Court** | **STATE OF TENNESSEE** FILED CHARLES D. SUS **CIVIL SUMMONS** page 1 of 1 | **Case Number** 1-186-25 |
|---|---|---|

Shannon Bitzer wills AH11V85     Jane / John Doe , WBIR, Tegna Inc.

Served On:
Jane Doe

KNOX COUNTY CIRCUIT, CIVIL SESSIONS AND JUVENILE COURTS

1513 Bill Williams A
Knoxville TN 379

You are hereby summoned to defend a civil action filed against you in **Civil** Court, **Knox** County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: **June 16, 2025**

Clerk / Deputy Clerk

Attorney for Plaintiff: Shannon Bitzer Pro Se
7322 Wildwood Ct, Knoxville, TN 37920     513-658-1989

## NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to _____, _____ Clerk, _____ County

## CERTIFICATION (IF APPLICABLE)

I, _____, _____ Clerk of _____ County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____

Clerk / Deputy Clerk

**OFFICER'S RETURN:** Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: **NB   Not found in my county**

Date: **6/20/25**

By: **James Cox**
Please Print: Officer, Title

**KCSO**
Agency Address

Signature     4 CP 2510

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on _____ I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant _____. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _____

Notary Public / Deputy Clerk (Comm. Expires _____ )

Signature of Plaintiff

Plaintiff's Attorney (or Person Authorized to Serve Process)
(Attach return receipt or back) FOR ASSISTANCE CALL
Allison Major
ADA

*ADA: If you need assistance or accommodations because of a disability, please call* 865 / 215-4481 Coordinator, at ( ) _____
865 / 215-2497
ada.judicial@knoxcounty.org

Rev. 03/11

| Knox County Circuit Court | **STATE OF TENNESSEE** ~~FILED~~ **CIVIL SUMMONS** | Case Number 1-186 - 25 |
|---|---|---|

Shannon Ritter ~~2025 JUN 18 WB-PSR~~, Tegna Inc., Jane/John Doe
(513 Bill Williams Ave.
~~KNOX COUNTY CIRCUIT.~~
~~CIVIL SESSIONS~~
~~AND JUVENILE COURTS~~
Knoxville TN 37917

Served On:
John Doe

You are hereby summoned to defend a civil action filed against you in **Civil** Court, **Knox** County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: **June 16, 2025**

Clerk / Deputy Clerk **Chales D Sorsoria III**

Attorney for Plaintiff: **Shannon Ritter Pro Se**
**7322 Wildwood Ct ; Knoxville TN 37920** **513-658-1989**

**NOTICE OF PERSONAL PROPERTY EXEMPTION**

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to _____, _____ Clerk, _____ County

**CERTIFICATION (IF APPLICABLE)**

I, _____, _____ Clerk of_____ County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____

Clerk / Deputy Clerk

**OFFICER'S RETURN:** Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: **NB Not Found in my County**

Date: **6/20**                By: **James Cox 2510**
Please Print: Officer, Title
**UCSO**                **A C O 2510**
Agency Address                Signature

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on _____, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant _____. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _____

Notary Public / Deputy Clerk (Comm. Expires _____)

Signature of Plaintiff

Plaintiff's attorney (or Person Authorized to Serve Process)
(Attach return receipt on **FOR ASSISTANCE CALL**

*ADA: If you need assistance or accommodations because of a disability, please call* **Allison Major** *the ADA Coordinator, at ( ) _____*
865 / 215-4437
TTY: 865/215-2975
ada.judicial@knoxcounty.org

Rev. 03/11

FILED
CHARLES D. SUSANO III
CLERK

Shannon Bitzer 2025 JUN 27 AM 8:18 vs BBB, Tegna Inc., Journalists Jane/John Doe

Served On:
United Agent Group Inc     5000 Knox County Circuit, Civil Sessions Center PKwy, STE 395
AND municipal courts
Memphis, TN 38120

You are hereby summoned to defend a civil action filed against you in ___Circuit___ Court, ___Knox___ County, Tennessee. Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default may be rendered against you for the relief sought in the complaint.

Issued: 06/27/2025

Charles D. Susano III
Clerk / Deputy Clerk
By RK

Attorney for Plaintiff: Shannon Bitzer Pro Se
7322 Wildwood Ct. Knoxville TN 37920

## NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to _____, _____ Clerk, _____ County

## CERTIFICATION (IF APPLICABLE)

I, _____, _____ Clerk of _____ County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____     _____
Clerk / Deputy Clerk

**OFFICER'S RETURN:** Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: _____

Date: _____     By: _____
Please Print: Officer, Title

_____     _____
Agency Address     Signature

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on _____, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant _____. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _____     _____
Notary Public / Deputy Clerk (Comm. Expires _____)

_____     _____
Signature of Plaintiff     Plaintiff's Attorney (or Person Authorized to Serve Process)
(Attach return receipt on back)

ADA
FOR ASSISTANCE CALL
865 / 215-2400

ADA: If you need assistance or accommodations because of a disability, please call ___ ADA Coordinator, at ( )
TTY: 865/215-2497 or ada_judicial@knoxcounty.org

Rev. 03/11

| Knox County Circuit Court | STATE OF TENNESSEE
FILED
CHARLES D. S̶ CIVIL SUMMONS
CLERK
page 1 of 1 | Case Number
1 - 186 - 25 |

Shannon Bitzer 27 A/Ws: 1dwSIR, Tegna Inc., Journalists Jane/John Doe

KNOX COUNTY CIRCUIT
(illegible stamp)
MEMPHIS, TN

Served On:
United Agent Group Inc.    5865 Ridgeway Center PKwy, STE 395
Memphis, TN 38120

You are hereby summoned to defend a civil action filed against you in ___Circuit___ Court. ___Knox___ County, Tennessee.
Your defense must be made within thirty (30) days from the date this summons is served upon you. You are directed to file your defense with the clerk of the court and send a copy to the plaintiff's attorney at the address listed below. If you fail to defend this action by the below date, judgment by default will be rendered against you for the relief sought in the complaint.

Issued: ___06/27/2025___

Charles D Susano III
Clerk / Deputy Clerk
By K Kee

Attorney for Plaintiff: ___Shannon Bitzer Pro Se___
___7322 W Idlwood Ct, Knoxville TN 37920___

## NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S): Tennessee law provides a ten thousand dollar ($10,000) personal property exemption as well as a homestead exemption from execution or seizure to satisfy a judgment. The amount of the homestead exemption depends upon your age and the other factors which are listed in TCA § 26-2-301. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for your self and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer. Please state file number on list.

Mail list to _____, _____ Clerk, _____ County

## CERTIFICATION (IF APPLICABLE)

I, _____, _____ Clerk of _____ County do certify this to be a true and correct copy of the original summons issued in this case.

Date: _____
Clerk / Deputy Clerk

**OFFICER'S RETURN:** Please execute this summons and make your return within ninety (90) days of issuance as provided by law.

I certify that I have served this summons together with the complaint as follows: by serving WBIR, Tegna Inc
at 5865 Ridgeway Center PKwk # 300

Date: 7-14-25    By: C. Coates 11174
Please Print: Officer, Title

1075 Mullins Station Rd
Agency Address    S CSO
Signature

**RETURN ON SERVICE OF SUMMONS BY MAIL:** I hereby certify and return that on _____, I sent postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in the above styled case, to the defendant _____. On _____ I received the return receipt, which had been signed by _____ on _____. The return receipt is attached to this original summons to be filed by the Court Clerk.

Date: _____

Notary Public / Deputy Clerk (Comm. Expires _____ )

Signature of Plaintiff    Plaintiff's Attorney (or Person Authorized to Serve Process)
(Attach return receipt on back)

ADA
FOR ASSISTANCE CALL

ADA: If you need assistance or accommodations because of a disability, please call TTY: 865 / 215-2497 ADA Coordinator, at (      )

Rev. 03/11